**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-25-0000322
17-JUN-2026
12:04 PM
Dkt. 17 ODSD**

NO. CAAP-25-0000322

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

AIMEE STINER, Claimant-Appellant/Appellant,
v.
BANK OF AMERICA dba MERRILL LYNCH,
Employer-Appellee/Appellee,
and
XL INSURANCE AMERICA, INC. adjusted by SEDGWICK,
Insurance Carrier-Appellee/Appellee.

APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(CASE NO. AB 2023-038; DCD NO. 2-2022-165236)

ORDER DISMISSING APPEAL
(By:  Nakasone, Chief Judge, Wadsworth and Gluck, JJ.)

Upon review of the record, it appears that:

(1) On April 3, 2025, self-represented Claimant/Appellant-Appellant Aimee Stiner (**Stiner**) filed the notice of appeal in this case;

(2) On March 15, 2025, the State of Hawai'i Labor and Industrial Relations Appeals Board (**LIRAB**) notified Stiner that the appellate filing fees had not been paid, and cautioned

Stiner that failure to pay the fees or request a waiver would result in the record on appeal not being filed;

(3) The record on appeal was due on or before June 2, 2025. See Hawaiʻi Rules of Appellate Procedure (**HRAP**) Rule 11(b)(1);

(4) On April 15, 2025, the LIRAB filed a letter stating the record on appeal has not been filed because appellate filing fees remained outstanding;

(5) On June 6, 2025, the appellate clerk entered a default of the record on appeal, informing Stiner that the time to docket the appeal had expired, Stiner had not paid the filing fees or obtained an order allowing Stiner to proceed on appeal in forma pauperis, the matter would be brought to the court's attention on June 13, 2025, for action that may include dismissal of the appeal, and Stiner could seek relief from default by motion; and

(6) Stiner has not taken any further action in this appeal. An appeal may be dismissed where the record on appeal has not been prepared because the appellant failed to pay the required fees or obtain an order allowing the appellant to proceed in forma pauperis. HRAP Rule 11(b)(2), (c)(2).

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawaiʻi, June 17, 2026.

/s/ Karen T. Nakasone
Chief Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Daniel M. Gluck
Associate Judge

2